**Decision Software Systems, Inc.**  4060

04/28/2014    004060

Vendor #1384 Palm Coast Associates, LLC

| Vendor Invoice | Invoice Date | Invoice Amount | Discount Amount | Net Amount |
|---|---|---|---|---|
| PE042514 | 04/28/2014 | 840.00 | 0.00 | 840.00 |
|  |  | 840.00 | 0.00 | 840.00 |

**Decision Software Systems, Inc.**  4075

05/12/2014    004075

Vendor #1384 Palm Coast Associates, LLC

| Vendor Invoice | Invoice Date | Invoice Amount | Discount Amount | Net Amount |
|---|---|---|---|---|
| PE050914 | 05/12/2014 | 840.00 | 0.00 | 840.00 |
|  |  | 840.00 | 0.00 | 840.00 |

**Decision Software Systems, Inc.**  4087

05/19/2014    004087

Vendor #1384 Palm Coast Associates, LLC

| Vendor Invoice | Invoice Date | Invoice Amount | Discount Amount | Net Amount |
|---|---|---|---|---|
| PE051614 | 05/19/2014 | 504.00 | 0.00 | 504.00 |
|  |  | 504.00 | 0.00 | 504.00 |

3 Days


DEFENDANT'S EXHIBIT C