UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. d/b/a SUNSET TOWER FAMILY DENTISTRY,<br><br>    Plaintiff,<br><br>v.<br><br>DECISION SOFTWARE SYSTEMS, INC. d/b/a DECISION SOFTWARE SYSTEMS, et al.,<br><br>    Defendants. | No. 4:15-cv-00883-CDP |

**CONSENT MOTION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff Suzanne Degnen D.M.D., P.C. hereby files her Consent Motion for Dismissal with Prejudice, each party to bear its own costs including attorney's fees.

`        SCHULTZ & ASSOCIATES LLP

    By: /s/ Mary B. Schultz_____+
        Ronald J. Eisenberg, #48674
        Robert Schultz, #35329
        Mary Schultz, #35285MO
        640 Cepi Drive, Suite A
        Chesterfield, MO 63005-1221
        (636) 537-4645
        Fax: (636) 537-2599
        reisenberg@sl-lawyers.com
        rschultz@sl-lawyers.com
        mschultz@sl-lawyers.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**
    I certify that on August 13, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

    /s/ Mary B. Schultz